# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DOYLE TARVER, | : |
| Plaintiff, | : |
| v. | :    CA 10-0247-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | : |
| Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be **AFFIRMED**.

**DONE** this the 21st day of January, 2011.

                                   s/ WILLIAM E. CASSADY
                                   **UNITED STATES MAGISTRATE JUDGE**